**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

CARL STANLEY TURNER                                                                                          PLAINTIFF
ADC #81306

V.                                              NO: 2:10CV00050 JMM/HDY

LARRY NORRIS *et al.*                                                                                      DEFENDANTS

## ORDER

Pursuant to a Court order, Plaintiff filed an amended complaint on June 1, 2010. Construing Plaintiff's amended complaint liberally, the Court concludes that, for screening purposes, Plaintiff states a cognizable claim for relief under 42 U.S.C. § 1983 against Defendants Larry Norris, Ray Hobbs, Greg Harmon, Paula Green, R.T. Ball, Andrew, Moore, Thomas, Sharon King, and Joe Hughes, and will therefore order service upon them.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants Larry Norris, Ray Hobbs, Greg Harmon, Paula Green, R.T. Ball, Andrew, Moore, Thomas, Sharon King, and Joe Hughes, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), amended complaint (docket entry #9), this order, and summons, upon them, without prepayment of fees and costs or security therefor.

DATED this   27   day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE