**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

CARL STANLEY TURNER                                                              PLAINTIFF
ADC #81306

V.                            NO: 2:10CV00050 JMM/HDY

LARRY NORRIS *et al.*                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff is allowed to proceed against Defendants Larry Norris, Ray Hobbs, Greg Harmon, Paula Green, R.T. Ball, Andrew, Moore, Thomas, Sharon King, and Joe Hughes, on his claims made in connection with his allegation that he was medically mis-classified in March of 2009, required to perform work that was beyond his ability, and injured as a result and denied medical care.

2. All of Plaintiff's other claims are DISMISSED WITHOUT PREJUDICE, and the names of all other individuals are removed as party Defendants.

DATED this 13th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE