**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

CARL STANLEY TURNER                                                                                    PLAINTIFF
ADC #81306

V.                                            NO: 2:10CV00050 JMM/HDY

LARRY NORRIS *et al.*                                                                                  DEFENDANTS

**ORDER**

Plaintiff Carl Stanley Turner filed this complaint on April 15, 2010. Because Plaintiff's complaint contained what appeared to be separate and unrelated claims, he was ordered to file an amended complaint which set forth the one distinct claim he would like to pursue in this action. Plaintiff filed an amended complaint on June 1, 2010, but the amended complaint was not compliant with the order, and in fact Plaintiff appeared to advance still more claims in a later affidavit. Because Plaintiff failed to identify the claim he wished to pursue, all of his claims were dismissed, except for his claims relating to an alleged medical mis-classification, which Plaintiff contends led to a work-related injury in March of 2009 (docket entries #11 & #22).

On August 19, 2010, Plaintiff filed what has been docketed as a motion for reconsideration (docket entry #41), in which he specifically seeks for Moses Jackson, Ray Clemmons, Sgt. Hills, and Sgt. Brooks, to be reinstated as Defendants, and appears to be attempting to reassert claims he was the victim of excessive force. As the Court has previously noted, Plaintiff can bring unrelated claims in separate lawsuits. However, Plaintiff has advanced no reason to cause the Court to believe the original decision limiting this complaint to claims made in connection with an alleged work-related injury should be modified in any way.

1

IT IS THEREFORE ORDERED THAT Plaintiff's motion for reconsideration (docket entry #41) is DENIED.

DATED this 24th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE