IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**CARL STANLEY TURNER**
**ADC #81306**                                                        **PLAINTIFF**

V.                         CASE NO. 2:10CV00050 JMM

**LARRY NORRIS, ET AL.**                                       **DEFENDANT**

## ORDER

Based upon plaintiff's outstanding discovery requests, his objections to the Magistrate Judge's September 21, 2010 Proposed Findings and Recommendations will be construed as a Motion for Extension of Time. Plaintiff's shall have 30 days from the date of this Order to provide the Court with the requested information regarding his allegations against Thomas and Moore.

IT IS SO ORDERED THIS  6   day of  October , 2010.


_____
James M. Moody
United States District Judge