IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CARL STANLEY TURNER                                                                                       PLAINTIFF
ADC #81306

V.                                            NO: 2:10CV00050 JMM/HDY

LARRY NORRIS *et al.*                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the September 21, 2010 Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objection filed which the Court construed as a request for an extension of time.  Plaintiff was given up to, and including, November 8, 2010, to provide the Court with additional information regarding defendants Thomas and Moore.  Plaintiff failed to timely provide this information.

There have been no more objections filed.  After carefully considering the objection filed on October 4, 2010, and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition dated September 21, 2010, should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's claims against Defendants Thomas and Moore be dismissed without prejudice and the names of Defendants Thomas and Moore be removed as party Defendants.

DATED this   12    day of November, 2010.


                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE