IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CARL STANLEY TURNER                                                                                          PLAINTIFF
ADC #81306

V.                                          NO: 2:10CV00050 JMM/HDY

LARRY NORRIS *et al.*                                                                                    DEFENDANTS

## ORDER

On November 12, 2010, the Court adopted the Magistrate Judge's Proposed Findings and Partial Recommendation Disposition (#63) which dismissed without prejudice Plaintiff's claims against Defendants Thomas and Moore. On that same date, after entry of that Order, Plaintiff filed untimely objections and made additional discovery requests.

The Court has reviewed the objections to Docket Entry No. 63 and finds them to be without merit and the discovery requests are referred back to the Magistrate Judge for appropriate action.

DATED this   17   day of November, 2010.


                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE