# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

CARL STANLEY TURNER                                                                          PLAINTIFF
ADC #81306

V.                                        NO: 2:10CV00050 JMM/HDY

LARRY NORRIS *et al.*                                                                      DEFENDANTS

## ORDER

The Court has reviewed the November 2, 2010 Proposed Findings and Partial Recommended Disposition (#74) submitted by United States Magistrate Judge H. David Young, and the pleading filed on November 12, 2010 (#78)[1]. After carefully considering the pleadings and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for injunctive relief (docket entry #15) is DENIED.

DATED this __30__ day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

---

[1] This pleading contains objections to the partial Report and Recommendation dated September 21, 2010 which recommended the dismissal without prejudice of defendants Thomas and Moore. The Court adopted the September 21, 2010 Report and Recommendation over plaintiff's objections on November 12, 2010. Nonetheless, to the extent that this pleading may also be considered an objection to the November 2, 2010 Proposed Findings and Partial Recommended Disposition, the Court has reviewed the pleading.